IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GREGORY C. SESSION,**

    **Plaintiff,**

**v.**

**THE PURDUE PHARMA COMPANY,
PURDUE PHARMA, L.P.,
PURDUE PHARMA INC.,
PURDUE FREDERICK COMPANY,
THE P.F. LABORABORIES, INC.,
MALLINCKRODT, INC.,**

    **Defendants.**                  **Case No.  05-cv-694-DRH**

## ORDER

**HERNDON, District Judge:**

        Pursuant to the Motion of Plaintiff, agreed upon by all Defendants herein, this Court hereby **GRANTS** the Unopposed Motion to Stay Proceedings (Doc. 26) and the case is hereby **STAYED** as to the Plaintiff and Defendant, the Purdue Pharma Company, Purdue Pharma L.P., Purdue Pharma Inc., Purdue Frederick Company, the P.F. Laboratories, Inc., and Mallinckrodt, Inc., until **December 30, 2006**. With respect to existing deadlines, if any, they are hereby continued and shall not be applicable until further order of this Court.

        **IT IS SO ORDERED.**

        Signed this 17th day of November, 2006.

                                               /s/       David   RHerndon
                                                  **United States District Judge**