IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GREGORY C. SESSION,**

    **Plaintiff,**

**v.**

**THE PURDUE PHARMA COMPANY,
PURDUE PHARMA L.P.,
PURDUE PHARMA INC.,
PURDUE FREDERICK COMPANY,
THE P.F. LABORATORIES, INC.,
and MALLINCKRODT, INC.,**

    **Defendants.**           Case No. 05-CV-694-DRH

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

Now before the Court is the parties' stipulation for dismissal with prejudice (Doc. 28). Based on the parties' stipulation, the Court **DISMISSES with prejudice** this case with each party to bear its own costs. The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 22nd day of January, 2007.

           /s/      David   RHerndon
           **United States District Judge**