**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**GREGORY SESSION,**

     **Plaintiff,**

     **vs.**                         **Cause No. 05-CV-694 DRH**

**THE PERDUE PHARMA COMPANY
PURDUE PHARMA, L.P.,
PURDUE PHARMA, INC.,
PURDUE FREDERICK COMPANY,
THE P.F. LABORATORIES, INC., and
MALLINCKRODT, INC.,**

     **Defendant**s.

**JUDGMENT IN A CIVIL CASE**

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.--------------------------------------------------------------------------

                              **NORBERT G. JAWORSKI, CLERK**

January 23, 2007               By:   s/Patricia Brown
                           Deputy Clerk

APPROVED:  /s/  David  RHerndon
          **U.S. DISTRICT JUDGE**